■ In the Matter of the Claim of ANDREW KAUFMAN, Respondent. CITY UNIVERSITY OF NEW YORK, Appellant. LILLIAN ROBERTS, as Commissioner of Labor, Respondent.—Appeal from a decision of the Unemployment Insurance Appeal Board, filed October 31, 1986, which ruled that claimant was entitled to receive benefits.

Decision affirmed, without costs *(see, Matter of Laudadio [City Univ.—Roberts],* 108 AD2d 1091). Kane, J. P., Casey, Levine, Harvey and Mercure, JJ., concur.